|  | **FILED** |
|---|---|
| UNITED STATES DISTRICT COURT | June 2, 2005 |
| EASTERN DISTRICT OF CALIFORNIA | CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|  | DEPUTY CLERK |

## JUDGMENT IN A CIVIL CASE

**SAMUEL AUSTIN**

               v.                  **CASE NUMBER: 2:99-cv-0529 OMP**

**JAMES WILLIAMS**


**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
        WITH THE JURY VERDICT RENDERED 6/1/05.


                                           **JACK L. WAGNER,**
                                           **CLERK OF COURT**

**ENTERED:   June 2, 2005**

                                           **by: /s/D. Marcotte**
                                           **D. MARCOTTE, Deputy Clerk**